PHILIP TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DAVID JOHN MARDIKIAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No: 1:17-cv-00181-GSA<br><br>STIPULATION FOR EXTENSION OF TIME BY DEFENDANT TO FILE HER RESPONSIVE BRIEF (DEFENDANT'S FIRST REQUEST) AND ORDER |

The parties hereby stipulate through counsel and with the Court's approval that Defendant's time in which file and serve her responsive brief be extended from November 13, 2017, up until and including December 28, 2017. This is the first extension sought by Defendant.

There is good cause for this request. The undersigned needs to fly to Florida to attend to his ailing mother who is in extremis and may not last through the weekend. In addition, I have scheduled leave December 2, 2017, through December 9, 2017, making a shorter extension problematic as I already have two briefs due the week of December 13, 2017. Plaintiff's reply would be due January 12, 2018.

This request is made in good faith with no intention to unduly delay the proceedings.

Stipulation and Order for Extension of Time

1:17-CV-00181-GSA                                                                                                                   1

Counsel for Defendant conferred with Plaintiff's counsel by email on November 8, 2017, who has no opposition to this request.

Respectfully submitted,

Dated: November 8, 2017

PHILIP TALBERT
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: November 8, 2017

/s/Jonathan O. Pena, Esq.
By: Richard M. Rodriguez,
as authorized by email on November 8, 2017
JONATHAN O. PENA, ESQ., CSBN: 278044
Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation (Doc. 15), Defendant shall file any Opposition **no later than December 28, 2017**. Plaintiff shall file any optional Reply within fifteen days of the filing of the Opposition.

IT IS SO ORDERED.

Dated: **November 13, 2017**        /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Extension of Time

1:17-CV-00181-GSA                                                                      2